IN RE: CONDEMNATION OF
552 LAWN DRIVE,
LUCINDA, PA

879 CD 2017

Commonwealth Court of Pennsylvania.

10/03/2017

Clarion County Civil Division, No. 2017–00115

Quashed

INT'L CHAPTER OF HORSESHOERS

v.

PA STATE HORSE RACING COMM'N

338 MD 2016

Commonwealth Court of Pennsylvania.

10/3/2017

Original Jurisdiction

Dismissed

HAUGH, h/w

v.

PA LCB

1985 CD 2016

Commonwealth Court of Pennsylvania.

10/04/2017

Liquor Control Board, 16 SU 841

Dismissed

BROZMAN, C.

v.

WCAB (COMMONWEALTH)

1697 CD 2016

Commonwealth Court of Pennsylvania.

10/05/2017

Workers' Compensation Appeal Board, A16–0120

Affirmed

STAS, S., et al.

v.

SUSQ. COUNTY BD, et al.

21 CD 2017

Commonwealth Court of Pennsylvania.

10/05/2017

Susquehanna County Civil Division, 2014–653 CP

Affirmed